1  Marc A. Lackner (SBN 111753)
   mlackner@reedsmith.com
2  David S. Reidy (SBN 225904)
   dreidy@reedsmith.com
3  Ashley L. Shively (SBN 264912)
   ashively@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA  94105-3659
   Telephone:  +1 415 543 8700
6  Facsimile:   +1 415 391 8269

7  Attorneys for Defendant
   VW Credit, Inc.

**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON BYRD, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   vs.<br><br>VW CREDIT, INC.,<br><br>       Defendant. | Case No.:  2:14-cv-04852-FMO-VBK<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

1  Having read the parties' Stipulated Protective Order, and good cause shown, IT
2  IS SO ORDERED.

3

4  THIS ORDER IS NOT APPLICABLE TO EVIDENTIARY PRE TRIAL
5  PROCEEDINGS OR TRIAL PROCEEDINGS UNLESS APPROVED BY THE
6  DISTRICT JUDGE.

7

8  DATED: October 14, 2014          _____/s/_____
                                       Honorable Victor B. Kenton
9                                      United States Magistrate Judge

Case No.:   2:14-cv-04852-FMO-VBK          – 2 –
[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER